M. P. No. 78-435. KAISER ALUMINUM & CHEMICAL CORPORATION *v.* WORKERS' COMPENSATION COMMISSION. The petition for writ of certiorari is granted. The employer's request for stay is denied and the stay entered in this case on December 6, 1978 is vacated.

This case is consolidated with *Charles Cabral* v. *Kaiser Aluminum & Chemical Corporation*, No. 79-33-A. and both matters are assigned to the May, 1979 calendar for oral argument. *Quinn, Cuzzone & Geremia, John F. Cuzzone, Jr.*, for petitioner. *Lovett & Linder, Ltd., Raul L. Lovett*, for employee, Raymond Castigliego.